**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 22 2019 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NORTHERN DONUTS INC., 166-01 NORTHERN BLVD. OWNERS CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br>CASE NO.: 19-cv-2327-CBA-VMS |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, NORTHERN DONUTS INC. and 166-01 NORTHERN BLVD. OWNERS CORP., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action, and all asserted, and non-asserted, claims, counterclaims and crossclaims, is hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

Signed: July 19, 2019

*[signature: Michael Grinblat]*

Michael Grinblat, Esq. (4159752)

Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

*Attorney for the Plaintiff*

Signed: July 19, 2019

*[signature: Edward D. Greenberg]*

Edward D. Greenberg, Esq.

Edward D. Greenberg & Assoc., P.C.
212 West 35th Street, 13th Floor
New York, NY 10001
Tel: (212) 267-4455

*Attorneys for the Defendants
NORTHERN DONUTS INC. and
166-01 NORTHERN BLVD.
OWNERS CORP.*

**SO ORDERED:**

s/Carol Bagley Amon

Carol Bagley Amon,
United States District Court Judge

7/19/19